Clyde F. LEE, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 23444.

United States Court of Appeals
Fifth Circuit.

July 16, 1968.

Edward R. Kirkland, Orlando, Fla., for appellant.

Edward F. Boardman, U. S. Atty., Tampa, Fla., Charles S. Carrere, Asst. U. S. Atty., Orlando, Fla., for appellee.

Before JONES, GEWIN and SIMPSON, Circuit Judges.

PER CURIAM:

The issues presented on this appeal are controlled by the decisions of the Supreme Court in Grosso v. United States, 390 U.S. 62, 88 S.Ct. 709, 19 L.Ed.2d 906 (1968), and Marchetti v. United States, 390 U.S. 39, 88 S.Ct. 697, 19 L.Ed.2d 889 (1968). In view of these decisions, without necessity of further comment, it is clear that the judgment of conviction from which this appeal was taken must be reversed. See Peters v. Rutledge, 5 Cir. 1968, 397 F.2d 731 [June 6, 1968]; Scaglione v. United States, 5 Cir. 1968, 396 F.2d 219; Vouras v. United States, 5 Cir. 1968, 393 F.2d 936 [May 3, 1968]; Leonard v. United States (5 Cir. 1968) 392 F.2d 586; Motley v. United States (5 Cir. 1968) 392 F.2d 590; Boehm v. United States (5 Cir. 1968) 392 F.2d 978; Sklaroff v. United States (5 Cir. 1968) 389 F.2d 1004.

Reversed.

Lawrence C. POPE, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 25589.

United States Court of Appeals
Fifth Circuit.

July 24, 1968.

Lawrence C. Pope, pro se.

Ralph H. Harris, III, Asst. U. S. Atty., Ernest Morgan, U. S. Atty., San Antonio, Tex., for appellee.

Before TUTTLE and SIMPSON, Circuit Judges, and BREWSTER, District Judge.

PER CURIAM:

The appellant's lengthy motion to vacate sentence, 28 U.S.C. § 2255, was denied without a hearing. Twenty-nine grounds for relief were asserted. These were carefully reviewed and rejected by the district court in an opinion appearing at 287 F.Supp. 214.

Upon a careful consideration of the voluminous record, including the trial transcript, we find no reversible error of law, nor clear error in the findings of fact. See United States v. Re, 2 Cir. 1967, 372 F.2d 641, cert. denied 388 U.S. 912, 87 S.Ct. 2112, 18 L.Ed.2d 1352. Delegal v. United States, 5 Cir. 1966, 363 F.2d 433; United States v. Gernie, 2 Cir. 1961, 287 F.2d 637, cert. denied 368 U.S. 854, 82 S.Ct. 91, 7 L.Ed.2d 52; United States v. Schultz, 7 Cir. 1961, 286 F.2d 753.

The judgment of the district court is affirmed.